# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GREGORY MORENO, | Case No. EDCV 15-2548-CAS (JPR) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| WARDEN TIM PEREZ et al., | |
| Defendants. | |

Under the Order Dismissing Civil-Rights Complaint Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 14, 2016

*Christina A. Snyder*
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE